IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL ENNO, Individually and on behalf of others similarly situated,<br>*Plaintiff* | : : : : | CIVIL ACTION |
| v. | : : | |
| VBIT TECHNOLOGIES CORP. et al,<br>*Defendants* | : : | No.  22-4006 |

## ORDER

AND NOW, this 20th day of March, 2023, upon consideration of Mr. Enno's Motion for Alternative Service (Doc. No. 13), it is hereby **ORDERED** that the motion (Doc. No. 13) is **GRANTED** in part.  Plaintiff may serve Defendant Danh Cong Vo a/k/a Don Vo with the Summons and Complaint via United States certified mail and email to Vo's known counsel, Milena Dolukhanyan, Esq., Gartenberg Gelfand Dolukhanyan, LLP, 15303 Ventura Blvd., Suite 900, Sherman Oaks, CA 91403, mdolukhanyan@gghslaw.com.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1