IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL ENNO, Individually and on behalf of others similarly situated,<br>*Plaintiff* | : : : : | CIVIL ACTION |
| v. | : : | |
| VBIT TECHNOLOGIES CORP. et al,<br>*Defendants* | : : | No. 22-4006 |

## ORDER

**AND NOW**, this 20th day of March, 2023, upon consideration of the Motion for Leave to Withdraw as counsel for Defendants VBit Technologies Corp. and VBit Mining, LLC (Doc. No. 18), and for the reasons set forth in the accompanying opinion, it is hereby **ORDERED** that the motion (Doc. No. 18) is **GRANTED**. It is further **ORDERED** that:

1. Within five (5) days of the date of this Order, Ms. Milena Dolukhanyan shall serve a copy of this Order by email on Lilian Zhou at her last known email address;

2. The clerk of court shall remove McCarter & English, LLP and Gartenberg Gelfand Dolukhanyan LLP from this matter; and

3. Any new counsel for VBit shall enter an appearance within thirty (30) days of this Order.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1