IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| **MICHAEL ENNO,** individually and on behalf of all others similarly situated<br><br>v.<br><br>**VBIT TECHNOLOGIES CORP, et al.** | **CIVIL ACTION**<br><br>**NO. 22-4006** |
|---|---|

**O R D E R**

AND NOW this 17th day of June, 2024, it is hereby ORDERED that because Plaintiff did not respond to the Order of May 8, 2024 the Complaint is DISMISSED without prejudice. The Clerk of Court shall close this case.

BY THE COURT:

s/ Michael M. Baylson

_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 22\22-4006 Enno v Vbit Technologies\22cv4006 order closing case.docx